ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, TAMARA LYLES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  CRF 05-0075 AWI |
| Plaintiff, ) | |
| ) | **STIPULATION** |
| v. ) | |
| ) | |
| TAMARA LYLES, ) | |
| Defendant. ) | |
| _____) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the motions hearing scheduled for May 16, 2005, be continued until June 20, 2005 at 9:00 a.m. in the above-entitled court.

This request is made to allow defense counsel additional time for investigation and case preparation.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: May 10, 2005            /s/ Jonathan Conklin
                               JONATHAN CONKLIN
                               Assistant United States Attorney
                               **This was agreed to by Mr. Conklin,**
                               **via telephone, on May 10, 2005**

1

DATED: May 10, 2005                    /s/ Roger K. Litman
                                       ROGER K. LITMAN
                                       Attorney for Defendant
                                       TAMARA LYLES

IT IS SO ORDERED.

**Dated:    May 11, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE

2