ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, TAMARA LYLES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  CRF 05-0075 AWI |
| Plaintiff, ) | |
| ) | **STIPULATION** |
| v. ) | |
| TAMARA LYLES, ) | |
| Defendant. ) | |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the motions hearing scheduled for June 20, 2005, be continued until July 25, 2005 at 9:00 a.m. in the above-entitled court.

    This request is made to allow defense counsel additional time for investigation and case preparation.

    The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: June 15, 2005        /s/ Jonathan Conklin
                                    JONATHAN CONKLIN
                                    Assistant United States Attorney
                                    **This was agreed to by Mr. Conklin, via telephone, on June 15, 2005**

1

1 | DATED: June 15, 2005        /s/ Roger K. Litman
2 |                             ROGER K. LITMAN
                                Attorney for Defendant
3 |                             TAMARA LYLES

4 |
   IT IS SO ORDERED.
5 |
   **Dated:   June 17, 2005**              **/s/ Anthony W. Ishii**
6 | 0m8i78                         UNITED STATES DISTRICT JUDGE

2