ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, TAMARA LYLES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  CRF 05-0075 AWI |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| TAMARA LYLES, ) | |
| Defendant. ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the motions hearing scheduled for August 22, 2005, be continued until October 24, 2005 at 9:00 a.m. in the above-entitled court.

This request is made due to illness of investigator necessitating engagement of a different investigator.  Also, defense counsel will be unavailable while recuperating from surgery.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: August 16, 2005          /s/ Jonathan Conklin
                                JONATHAN CONKLIN
                                Assistant United States Attorney
                                **This was agreed to by Mr. Conklin,
                                via telephone, on August 16, 2005**

1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 16, 2005 | /s/ Roger K. Litman |
| | | ROGER K. LITMAN |
| | | Attorney for Defendant |
| 3 | | TAMARA LYLES |
| 4 | | |
| 5 | IT IS SO ORDERED. | |
| 6 | **Dated:   August 17, 2005** | **/s/ Anthony W. Ishii** |
| | 0m8i78 | UNITED STATES DISTRICT JUDGE |

2