ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, TAMARA LYLES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  CRF 05-0075 AWI |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| TAMARA LYLES, ) | |
| Defendant. ) | |
| _____) | |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the motions hearing scheduled for October 24, 2005, be continued until November 14, 2005 at 9:00 a.m. in the above-entitled court.

    This request is made due to the need to substitute defense investigators. Funding for a replacement investigator was approved.  The investigator has met with defense counsel to receive his assignment.  Additional time is needed for the investigator to travel to Kern County to perform the tasks requested by defense counsel.

    The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  October 19, 2005    /s/ Jonathan Conklin
                                          JONATHAN CONKLIN
                                          Assistant United States Attorney
                                          **This was agreed to by Mr. Conklin, via telephone, on October 18, 2005**

1
2  DATED: October 19, 2005            /s/ Roger K. Litman
                                     ROGER K. LITMAN
3                                    Attorney for Defendant
                                     TAMARA LYLES
4
5  IT IS SO ORDERED.
6  **Dated:     October 19, 2005**            **/s/ Anthony W. Ishii**
   0m8i78                                UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2